TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551 / Fax: 702.388.6418
tony.lopez@usdoj.gov

*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

IN RE CERTIFICATION OF

LAW STUDENT

NATHAN ALEXANDER NOBLE.

In accordance with LR IA 11-5, I certify that:

1.      I (and all of the Assistant United States Attorneys working in the United States Attorney's Office for the District of Nevada) have been admitted to practice before the highest court of a state for two years or longer and have been admitted to practice before this Court.

2.      NATHAN ALEXANDER NOBLE is a law student extern employed by the United States Attorney's Office for the District of Nevada during the Summer of 2026.

3.      I will supervise the work of NATHAN ALEXANDER NOBLE and will require all Assistant United States Attorneys with whom he works to supervise him in any oral presentations before the Court and will ensure that all requirement of LR IA 11-5 are met.

4.    NATHAN ALEXANDER NOBLE, currently enrolled as a law student at the George Mason University, Antonin Scalia Law School, has knowledge of and is familiar with the Federal Rules of Criminal Procedure, Civil Procedure, and Evidence, the Model Rules of Professional Conduct, and all other rules of this Court.

Respectfully submitted this 11th day of June, 2026.

TODD BLANCHE
Acting Attorney General



RICHARD ANTHONY LOPEZ
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

IN RE CERTIFICATION OF

LAW STUDENT

NATHAN ALEXANDER NOBLE.

**ORDER**

The Court has read and considered the application of NATHAN ALEXANDER NOBLE to be certified as a law student acting under the supervision of the United States Attorney's Office for the District of Nevada, pursuant to LR IA 11-5 of the Local Rules of the United States District Court for the District of Nevada.

Upon consideration of the application, and for the reasons stated therein and good cause appearing:

IT IS HEREBY ORDERED that NATHAN ALEXANDER NOBLE is admitted before this Court pursuant to LR IA 11-5 for the duration of his externship with the United States Attorney's Office for the District of Nevada.

DATED this __15th__ day of June, 2026.

_____
CHIEF JUDGE ANDREW P. GORDON
UNITED STATES DISTRICT COURT

3